1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

11

12

13

14

15

16

GARY OSTER,

Plaintiff,

v.

HAROLD CLARKE, *et al*,

Defendants.

Case No.  C07-5508RJB-KLS

ORDER DENYING SERVICE OF
COMPLAINT BY UNITED
STATES MARSHALS

17

18

19

20

21

22

23

24

25

This matter comes before the court on plaintiff's filing of a civil rights complaint pursuant to 42 U.S.C. § 1983. (Dkt. #1).  Plaintiff has been granted *in forma pauperis* status in this case. See Order Granting Application to Proceed *In Forma Pauperis*, dated January 10, 2008.  Because plaintiff has not provided the Court with any forms for service, however, the Court will not order service of the complaint at this time.

26

27

28

The Clerk is directed to send **twelve (12)** service forms to plaintiff for him to fill out and return to the Court so that the Court can attempt service by mail.  The forms must be returned on or before **February 11, 2008**, or the Court will recommend dismissal for failure to prosecute.

ORDER
Page - 1

1    The Clerk is directed to send a copy of this Order to plaintiff.

2    DATED this 11th day of January, 2008.

3

4

5                                                    Karen L. Strombom
                                                     United States Magistrate Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER
Page - 2