1
2
3
4
5
6
7
8   UNITED STATES DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
9                AT TACOMA
10

11  GARY OSTER,
                                              Case No.  C07-5508RJB-KLS
12              Plaintiff,
                                              ORDER REGARDING SERVICE
13       v.                                   OF COMPLAINT BY UNITED
                                              STATES MARSHALS ON
14  HAROLD CLARKE, *et al*,                   REMAINING DEFENDANTS

15              Defendants.

16

17

18       This matter comes before the court on plaintiff's filing of a civil rights complaint pursuant to 42

19  U.S.C. § 1983. (Dkt. #9).  Plaintiff has been granted *in forma pauperis* status in this case. (Dkt. #5).  This

20  matter is before the Court because not all of the defendants named in the complaint have been properly

21  served.

22       On February 11, 2008, the Court ordered service of the complaint. (Dkt. #9).  In mid-March 2008,

23  however, return of service forms were filed with the Court, indicating that service by mail on defendants

24  Victoria Roberts, Kerry Arlow, Bill Franks, and Joiann DeHaven at the addresses provided by plaintiff could

25  not be executed due to the insufficiency of those addresses. (Dkt. #11-#12, #14-#15).  In addition, it does not

26  appear plaintiff provided the Court with a service form and copy of the complaint for service for defendant

27  Alice Payne, as the record fails to reflect any service has been made upon her.

28       Accordingly, plaintiff shall provide the Court with **five (5)** additional copies of the complaint and

ORDER
Page - 1

1 **five (5)** service forms containing the full and correct address for service on the above-named defendants, so
2 that proper service again can be attempted by the United States Marshal with respect thereto.
3     The Clerk is directed to send **five (5)** service forms to plaintiff for him to fill out and return to the
4 Court so that the Court can attempt service by mail as noted above. Both the forms and the copies of the
5 complaint must be returned on or before **June 27, 2008**, or the Court will recommend dismissal of all claims
6 against the above-named defendants for failure to prosecute.
7     The Clerk is directed to send a copy of this Order to plaintiff and to all defendants or their counsel for
8 those defendants who have had counsel appear on their behalf.
9     DATED this 27th day of May, 2008.

                                    Karen L. Strombom
                                    United States Magistrate Judge