UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GARY OSTER,<br><br>                  Plaintiff,<br><br>    v.<br><br>HAROLD CLARKE, *et al*,<br><br>                  Defendants. | Case No.  C07-5508RJB-KLS<br><br>ORDER REGARDING PLAINTIFF'S REQUEST FOR A TELEPHONIC HEARING |

      This matter has been referred to Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1), Local Rules MJR 3 and 4, and Rule 72 of the Federal Rules of Civil Procedure. The case is before the Court on plaintiff's submission of a letter to the Clerk requesting a telephonic hearing to determine whether he should be appointed legal counsel in this matter. (Dkt. #32). After reviewing plaintiff's request, and the balance of the record, the Court finds and orders as follows:

      In the letter, plaintiff seeks appointment of counsel at government expense to determine whether this case is complicated enough to warrant such appointment, in light of his financial status and lack of knowledge of the law. The proper avenue for requesting appointment of counsel, however, is to properly file with the Court a written motion for such, stating the reasons therefor and providing any relevant evidence, if any, in support thereof. Accordingly, plaintiff's request for a telephonic hearing (Dkt. #32)

ORDER
Page - 1

1  hereby is DENIED.

2  The Clerk is directed to send a copy of this Order to plaintiff and counsel for defendants.

3  DATED this 18th day of June, 2008.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 2