UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GARY OSTER,<br><br>              Plaintiff,<br><br>    v.<br><br>HAROLD CLARKE, *et al*,<br><br>              Defendants. | Case No. C07-5508RJB-KLS<br><br>ORDER REGARDING PLAINTIFF'S FAILURE TO RESPOND TO ORDER TO PROVIDE SERVICE FORMS |

This matter comes before the Court on plaintiff's failure to respond to the Court's order directing him to provide two completed service forms for defendants filing of copies of the complaint and service forms for service on defendants Bill Franks and Victoria Roberts. (Dkt. #35). After reviewing the service forms provided by plaintiff, the Court hereby finds and orders as follows:

On July 8, 2008, the Court ordered plaintiff to complete two service forms containing the proper addresses for service on defendants Franks and Roberts – and not in care of the Attorney General – and to return them to the Court by no later than August 7, 2008, so that proper service by mail may be attempted. To date, however, plaintiff has not complied with that order. Accordingly, the Court hereby again orders plaintiff to submit two completed service forms for defendants Franks and Roberts by **no later than October 9, 2008**, so that proper service by mail may be attempted. **Plaintiff is warned, however, that failure to timely so respond by the above date will result in a recommendation that defendants**

ORDER
Page - 1

1 **Franks and Roberts be dismissed from this action.**

2 The Clerk is directed to send **two (2)** more service forms to plaintiff for him to fill out and return to
3 the Court so that the Court can attempt service by mail as noted above. The Clerk also is directed to send a
4 copy of this Order to plaintiff and to all defendants or to counsel for those defendants who have had counsel
5 appear on their behalf.

6 DATED this 9th day of September, 2008.

Karen L. Strombom
United States Magistrate Judge