UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GARY OSTER,

    Plaintiff,

v.

HAROLD CLARKE, *et al*,

    Defendants.

Case No. C07-5508RJB-KLS

REPORT AND RECOMMENDATION

Noted for November 28, 2008

This matter is before the Court on plaintiff's failure to respond to the undersigned's order to submit two completed service forms for defendants Bill Franks and Victoria Roberts. (Dkt. #43). After a review of the record, the undersigned submits the following report and recommendation, recommending the Court dismiss defendants Franks and Roberts for plaintiff's failure to respond to the undersigned's order.

## DISCUSSION

On July 8, 2008, the undersigned ordered plaintiff to complete two service forms containing the proper addresses for service on defendants Franks and Roberts – and not in the care of the Attorney General – and to return them to the Court by no later than August 7, 2008, so that proper service by mail could be attempted. (Dkt. #35). Because plaintiff failed to comply with that order, on September 9, 2008, the undersigned once more ordered him to submit two completed service forms for defendants Franks and Roberts by no later than October 9, 2008, so that proper service by mail again could be attempted. (Dkt. #43). Plaintiff was warned that failure to so respond by this date would result in a recommendation that

1 | defendants Franks and Roberts be dismissed from this action. To date, however, plaintiff still has failed
2 | to respond as ordered.

### CONCLUSION

Because plaintiff has failed to respond to the undersigned's two orders directing him to submit completed service forms for defendants Franks and Roberts so that service by mail may be attempted on them, the Court should dismiss those two defendants from this case and any and all claims plaintiff has against them in this matter.

Pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 72(b), the parties shall have ten (10) days from service of this Report and Recommendation to file written objections thereto. See also Fed.R.Civ.P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. Thomas v. Arn, 474 U.S. 140 (1985). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the clerk is directed to set this matter for consideration on **November 28, 2008**, as noted in the caption.

DATED this 3rd day of November, 2008.

Karen L. Strombom
United States Magistrate Judge