UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GARY OSTER,

        Plaintiff,

v.

HAROLD CLARKE, *et al*,

        Defendants.

Case No. C07-5508RJB-KLS

ORDER

The Court, having reviewed the complaint, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1)     the Court adopts the Report and Recommendation;

(2)     defendants Bill Franks and Victoria Roberts, and any and all claims plaintiff has against them in this matter, are DISMISSED; and

(3)     the Clerk is directed to send copies of this Order to plaintiff, counsel for defendants and Magistrate Judge Karen L. Strombom.

DATED this 2nd day of December, 2008.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

ORDER
Page - 1