# United States District Court

## WESTERN DISTRICT OF WASHINGTON

Gary Oster

v.

Harold Clarke et al

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C-07-5508RJB

___ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1.	The Plaintiff's Motion for Return of Seized Legal Papers is **DENIED.**

2.	The Report and Recommendation is **ADOPTED.**

3.	Defendants' Motion for Summary Judgment is **GRANTED** and

4.	Plaintiff's claims are **DISMISSED** with prejudice.

| June 1, 2009 | BRUCE RIFKIN |
| --- | --- |
| | Clerk |

| | /s/ Jennie L. Patton |
| --- | --- |
| | Deputy Clerk |